

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2004

FILED
CLERK'S OFFICE

**DOCKET NO. 1586**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE MUTUAL FUNDS INVESTMENT LITIGATION**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 20, 2004, the Panel transferred 96 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___ F.Supp.2d ___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 19 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on: 3-24-04
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

# SCHEDULE CTO-1 - TAG ALONG CASES
## DOCKET NO. 1586
## IN RE MUTUAL FUNDS INVESTMENT LITIGATION

DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA CENTRAL**
~~CAC       2  03-7654          Emanuel Wasserman v. Kenneth D. Lewis, et al.~~ Opposed 3/17/04
CAC       2  03-8736          Mike Sayegh v. Janus Capital Corp., et al.

**CALIFORNIA NORTHERN**
CAN       3  03-5071          Michael Federman v. Putnam American Government Income Fund, et al.
CAN       5  03-5133          Kathie A. Phillips v. Alliance Capital Management Holding, L.P., et al.
CAN       5  03-5146          James Page, Jr. v. The Charles Schwab Corp., et al.

**COLORADO**
CO        1  03-2004          Gerald L. Chait, etc. v. Thomas H. Bailey, et al.
CO        1  03-2007          Mei Hung, etc. v. Thomas H. Bailey, et al.
CO        1  03-2016          Norman Friedman, et al. v. Janus Capital Group, Inc., et al.
CO        1  03-2037          Robert Martini v. Janus Capital Group, Inc., et al.
CO        1  03-2061          Delon Brown v. Janus Capital Group, Inc., et al.
CO        1  03-2103          Ruth A. McKeown v. Janus Fund, et al.
CO        1  03-2115          Paul Straits v. Janus Capital Group, Inc., et al.
CO        1  03-2141          Janice Biggs v. Janus Fund, et al.
CO        1  03-2168          Harry Goodman, et al. v. Janus Capital Group, Inc., et al.
CO        1  03-2182          Richard Lepera v. Invesco Funds Group, Inc., et al.
CO        1  03-2212          R. Andrew Harclerode, et al. v. Janus Capital Group, Inc., et al.
CO        1  03-2309          Brenda C. Vann, et al. v. Janus Capital Group, Inc., et al.
CO        1  03-2325          Amanda Klein v. Janus Capital Group, Inc., et al.
CO        1  03-2403          Craig Wiggins v. Janus Capital Group, Inc., et al.
CO        1  03-2406          L. Scott Karlin, etc. v. Amvescap, PLC, et al.
CO        1  03-2441          Richard Raver v. Invesco Funds Group, Inc., et al.
CO        1  03-2456          Jerry Fatah, etc. v. Invesco Advantage Health Sciences Fund, et al.
CO        1  03-2457          Shirley M. McLain, et al. v. Bank of America Corp., et al.
CO        1  03-2559          Steven B. Ehrlich, et al. v. Invesco Advantage Health Sciences Fund, et al.
CO        1  03-2604          Miriam Calderon v. Amvescap, PLC, et al.
CO        1  03-2612          Pat B. Gorsuch, et al. v. Invesco Funds Group, Inc., et al.

**CONNECTICUT**
CT        3  03-1874          Thomas Helm, et al. v. Janus Fund, et al.
CT        3  03-1883          Louis J. DeSocio v. Strong Advisor Common Stock Fund, et al.
CT        3  03-2050          Charles Lanza v. Alliancebernstein Growth & Income Fund, et al.
CT        3  03-2192          Alfred Dellavalle v. Putnam American Government Income Fund, et al.

**ILLINOIS NORTHERN**
ILN       1  03-7315          Lenore Zarate v. Bank One Corp., et al.
ILN       1  03-7940          Robert Holton v. Bank One Corp., et al.
ILN       1  03-8561          Datren Williams, etc. v. Bank One Corp., et al.
ILN       1  03-8628          Carolyn Kitty v. Janus Capital Group Inc., et al.
ILN       1  03-9055          Carlo D'Agostino v. Putnam Investments Trust, et al.
ILN       1  03-9061          Brett Tayne v. Putnam Investments Trust, et al.

**ILLINOIS SOUTHERN**
~~ILS       3  03-692          Robert Potter, et al. v. Janus Investment Fund, et al.~~ Vacated 3/17/04
~~ILS       3  03-760          Donald Bradfisch v. Templeton Funds, Inc., et al.~~ Vacated 3/17/04
~~ILS       3  03-769          Roger Kelso v. Columbia Acorn Trust, et al.~~ Opposed 3/18/04
~~ILS       3  03-770          David Kenerley v. Templeton Funds, Inc., et al.~~ Opposed 3/18/04

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                                    PAGE 2 OF 4

| | | | |
|---|---|---|---|
| ILS | 3 | 03-771 | Tom Sichra v. Putnam Investment Funds, et al. |
| ~~ILS~~ | ~~3~~ | ~~03-772~~ | ~~John Bilski v. Aim International Funds, Inc., et al.~~ Opposed 3/18/04 |
| ~~ILS~~ | ~~3~~ | ~~03-843~~ | ~~Gary Vogeler, et al. v. Columbia Acorn Trust, et al.~~ Vacated 3/17/04 |

**MASSACHUSETTS**

| | | | |
|---|---|---|---|
| MA | 1 | 03-12222 | Evon Yameen, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12227 | Diane Hutto, et al. v. Putnam Europe Equity Fund, et al. |
| MA | 1 | 03-12273 | Edward Casey, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12400 | John K. Clement, et al. v. Putnam Investment Management, Inc., et al. |
| MA | 1 | 03-12402 | Antonio Ioakim, et al. v. Putnam Investment Management, LLC |
| MA | 1 | 03-12441 | Seth B. Marks, et al. v. Putnam, LLC, et al. |
| MA | 1 | 03-12474 | Mark E. Feinerstein, et al. v. Putnam Investments Trust, et al. |
| MA | 1 | 03-12475 | Maria Dagostino-Gannon v. Putnam Investment Trust, et al. |
| ~~MA~~ | ~~1~~ | ~~03-12483~~ | ~~Gustavo Bruckner, etc. v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 |
| ~~MA~~ | ~~1~~ | ~~03-12500~~ | ~~Bruce Riggs v. Massachusetts Financial Services Co., et al.~~ Opposed 3/18/04 |
| MA | 1 | 03-12526 | Joanne S. Baseman, etc. v. Putnam Investment Management, LLC, et al. |
| MA | 1 | 03-12527 | Cynthia Puleo, etc. v. Putnam, LLC, et al. |

**NORTH CAROLINA WESTERN**

| | | | |
|---|---|---|---|
| NCW | 3 | 03-496 | James McLain v. Bank of America Corp., et al. |
| NCW | 3 | 04-16 | Raj Sanyal, etc. v. William P. Carmichael, et al. |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 2 | 03-4370 | Brian Levy v. Strong Advisor Common Stock Fund, et al. |
| NJ | 2 | 03-4544 | Lori McBride, etc. v. Strong Financial Corp., et al. |
| NJ | 2 | 03-4545 | William Solvible, et al. v. John R. Belk, et al. |
| NJ | 2 | 03-4585 | Robert Steinberg v. Strong Advisor Common Stock Fund, et al. |
| NJ | 2 | 03-4586 | Bruce J. Pfeffer, et al. v. Janus Fund, et al. |
| NJ | 2 | 03-4602 | Margo A. Bode v. Bank of America Corp., et al. |
| NJ | 2 | 03-4612 | Irving J. Chasen, etc. v. Mark B. Whiston, et al. |
| NJ | 2 | 03-4769 | Ronald Gross, etc. v. James Dimon, et al. |
| NJ | 2 | 03-5045 | Charles S. Steinberg v. AllianceBernstein Growth & Income Fund, et al. |
| NJ | 2 | 03-5081 | Yaakov Nekritz v. Canary Capital Partners, LLC, et al. |
| NJ | 2 | 03-5500 | Camille Logue, etc. v. Bruce W. Calvert, et al. |

**NEW YORK EASTERN**

| | | | |
|---|---|---|---|
| NYE | 2 | 03-5879 | Ira Newman v. Alliance Capital Management, LP |
| NYE | 2 | 03-5958 | Michael Bernstein, etc. v. Fred Alger Management, Inc., et al. |
| NYE | 2 | 03-6004 | Jean L. Taylor, et al. v. Alliance Capital Management, L.P. |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 03-7710 | A. Duane Wahl v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-7751 | Virginia Metzger v. Banc One Investment Advisors, et al. |
| NYS | 1 | 03-7932 | Frank K. Mangialardi v. Strong Capital Management, Inc. |
| NYS | 1 | 03-7940 | Michael Lipstein IRA, et al. v. Janus Capital Management, LLC |
| NYS | 1 | 03-8025 | Katrina McKoy v. Bank of America Corp., et al. |
| NYS | 1 | 03-8131 | Lori Weinrib v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8199 | Irene Waxman v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8256 | Katrina S. Weaver v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-8364 | Linda Parker v. One Group Technology Fund, et al. |
| NYS | 1 | 03-8412 | Rhonda Vladimir v. Janus Capital Management, LLC, et al. |
| NYS | 1 | 03-8523 | Shandel Strasberg, et al. v. Janus Fund, et al. |
| NYS | 1 | 03-8593 | Robert Wiley v. Bank One Corp., et al. |
| NYS | 1 | 03-8609 | Doreen Duke v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8627 | Peter D. Demayo, etc. v. Alger Small Port, et al. |
| NYS | 1 | 03-8682 | Warren Pinchuck, etc. v. Peter Coster, et al. |
| NYS | 1 | 03-8686 | Michael H. Diemer v. Janus Fund, et al. |
| NYS | 1 | 03-8710 | Ida Desch v. Bank of America Corp., et al. |
| NYS | 1 | 03-8745 | Phil Maez v. Nations Institutional Reserves Covertible Securities Fund, et al. |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586

| | | | |
|---|---|---|---|
| NYS | 1 | 03-8747 | Marc Henzel, etc. v. Alger Small Port, et al. |
| NYS | 1 | 03-8864 | Michael Pflugath, et al. v. Bear Stearns Companies, Inc., et al. |
| NYS | 1 | 03-8893 | Jessica Corbett v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-8894 | Murray Zucker v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-8959 | Dana Buhs v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-8962 | Jeffrey Ettinger, etc. v. Janus Capital Group, Inc., et al. |
| NYS | 1 | 03-8984 | Maurice Bonime v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-9001 | Barbara Walsh v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-9149 | Meyer Mintz v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9157~~ | ~~Frederic Ian Fishbein, etc. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9160 | Romilda Braatz v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-9167 | Bryon Billman v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-9197 | Bernard Schwimmer v. AllianceBernstein Technology Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9216~~ | ~~Aaron Brody v. Pilgram Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9237 | James Ryan, et al. v. Putnam American Government Income Fund, et al. |
| NYS | 1 | 03-9239 | Robert Garfield v. Fred Alger Management, Inc., et al. |
| NYS | 1 | 03-9245 | Paula Pieroni v. Bank of America Corp, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9294~~ | ~~Adrienne Green v. AllianceBernstein Growth & Income Fund, et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9372 | Gary A. Baskin v. Bank of America Corp., et al. |
| NYS | 1 | 03-9424 | Robert Foster, et al. v. Putnam Investments Trust, et al. |
| NYS | 1 | 03-9425 | Rochelle Turoff Mucha v. Marsh & McClennan Companies, Inc., et al. |
| NYS | 1 | 03-9426 | Alberta Friedman v. Alger Small Portfolio, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9434~~ | ~~Rochelle Meyer, etc. v. Alliance Capital Management Holding L.P., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9438 | Lisa Schales v. Alliance Capital Management Holdings, L.P., et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9439~~ | ~~Leslie Turbowitz v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9497 | Avremi Weinreb v. AllianceBernstein Technology Fund, et al. |
| NYS | 1 | 03-9498 | Terry Conner v. Alliance Capital Management Holding, L.P., et al. |
| NYS | 1 | 03-9501 | Neeyaf Distributing v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9606 | Patrice H. Oster v. Alliance Capital Management Holdings L.P., et al. |
| NYS | 1 | 03-9634 | Edward Lowinger, et al. v. Invesco Advantage Health Science Fund, et al. |
| NYS | 1 | 03-9638 | Ronald E. Stackler, et al. v. Nations Capital Growth Fund, et al. |
| NYS | 1 | 03-9654 | John B. Johnson v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9655~~ | ~~Rachelle Knopf v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-9668~~ | ~~Walter C. Slack v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-9670~~ | ~~Gregory Smidt, et al. v. Bear, Stearns & Co, Inc.~~ Vacated 3/11/04 |
| NYS | 1 | 03-9740 | Milton Pfeiffer v. The Dreyfus Corp. |
| ~~NYS~~ | ~~1~~ | ~~03-9790~~ | ~~Mike Atassi v. Pilgrim, Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-9801 | Durand Wilson, II v. Excelsior Funds, Inc., et al. |
| NYS | 1 | 03-9858 | John B. Johnson v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9915 | Janet M. Crocket v. Alger Small Portfolio, et al. |
| NYS | 1 | 03-9920 | Marvin Goldfarb v. Putnam American Government Income Fund, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-9955~~ | ~~Charles C. Hargrave, et al. v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| ~~NYS~~ | ~~1~~ | ~~03-10016~~ | ~~Carl Sadowsky v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 03-10045 | Jospeh R. Russo v. Invesco Advantage Health Sciences Fund, et al. |
| NYS | 1 | 03-10098 | Kathleen Iozzo, et al. v. Putnam Investment Trust, et al. |
| NYS | 1 | 03-10099 | Paul Weiner, et al. v. Putnam Investments Trust, et al. |
| NYS | 1 | 03-10132 | Herman S. & Esperanza A. Drayer Residual Trust U/A 4/22/83, et al. v Federated Investors, Inc., et al. |
| NYS | 1 | 03-10158 | Benjamin Robinson v. Marsh & McLennan Companies, Inc., et al. |
| NYS | 1 | 03-10173 | Jodi Finkelson-Reece v. Putnam Investment Trust, et al. |
| ~~NYS~~ | ~~1~~ | ~~03-10198~~ | ~~Benjamin Hiser v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 04-28 | Doris Staehr, etc. v. Jeffrey W. Greenberg, et al. |
| ~~NYS~~ | ~~1~~ | ~~04-230~~ | ~~William B. Cottrell v. Marsh & McLennan Companies, Inc., et al.~~ Opposed 3/19/04 |
| NYS | 1 | 04-409 | Michael Fitzpatrick, etc. v. John R. Belk, et al. |
| NYS | 1 | 04-410 | David M. Kaufman, et al. v. John R. Belk, et al. |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 03-1016 | Bernard Flucke v. Bank One Corp., et al. |
| OHS | 2 | 03-1037 | Warren Sherman, etc. v. Peter C. Marshall, et al. |

SCHEDULE OF ACTIONS (CTO-1) - DOCKET NO. 1586                                PAGE 4 OF 4

    OHS    2  03-1038    Jerry Huang v. Peter Marshall, et al.
    OHS    2  03-1039    Mark Snyder, etc. v. Peter C. Marshall, et al.

PENNSYLVANIA EASTERN
    ~~PAE    2  03-6255~~    ~~Stephen Cary v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04
    ~~PAE    2  03-6411~~    ~~Lilia Binder et al. v. PBHG Growth Fund, et al.~~ Opposed 3/19/04
    ~~PAE    2  03-6436~~    ~~Robert K. Beiter v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04
    ~~PAE    2  03-6441~~    ~~Stanley D. Bernstein Profit Keough for the Benefit of Stanley Bernstein v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04
    ~~PAE    2  03-6509~~    ~~Anatoly S. Weiser v. PBHG Growth Fund, et al.~~ Opposed 3/19/04
    PAE    2  03-6544    Korshed F. Jungalawala v. Pilgrim Baxter & Associates, Ltd., et al.
    ~~PAE    2  03-6570~~    ~~Michael Peroff v. Pilgrim Baxter & Associates, Ltd., et al.~~ Opposed 3/19/04

PENNSYLVANIA WESTERN
    PAW    2  03-1627    John Dejean v. Federated Investors, Inc., et al.
    PAW    2  03-1639    Diane Ruchka v. American Skandia Advisor Funds, Inc., et al.
    PAW    2  03-1659    Resa H. Jannett, et al. v. American Skandia Advisor Funds, Inc., et al.
    PAW    2  03-1737    Robert Steinberg, et al. v. American Skandia Advisor Funds, Inc., et al.
    PAW    2  03-1858    John M. Abraham v. Federated Investors, Inc., et al.
    PAW    2  03-1942    Michael Feder, etc. v. Federated Investors, Inc., et al.
    PAW    2  03-1965    Risa B. Schneps v. Federated Investment Management Co.
    PAW    2  03-1971    Martin J. Michlik v. Federated Investors, Inc., et al.

TEXAS EASTERN
    TXE    6  03-562    Rex-Hide Industries, Inc., et al. v. National Capital Growth, et al.

WISCONSIN EASTERN
    WIE    2  03-951    Ryan Marshall, etc. v. Richard S. Strong, et al.
    WIE    2  03-953    John Lang, et al. v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-960    Terry Mintz, etc. v. Richard S. Strong, et al.
    WIE    2  03-961    Heather Blum, etc. v. Richard S. Strong, et al.
    WIE    2  03-963    Niki Tsetsekos, etc. v. Strong Financial Corp., et al.
    WIE    2  03-969    Esther Cohen v. Strong Advisor Common Stock Fund, et al.
    ~~WIE    2  03-997~~    ~~Gerald Klafter v. Strong Capital Management, Inc., et al.~~ Opposed 3/18/04
    WIE    2  03-1003    Ernest Gottdiener v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1012    Mary Ellen Ryan, etc. v. Strong Capital Management, Inc., et al.
    WIE    2  03-1027    Carol Patterson, etc. v. Strong Financial Corp., et al.
    WIE    2  03-1035    Luis O. Araneda v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1038    Peter J. Kugi, etc. v. Strong Capital Management, Inc., et al.
    WIE    2  03-1067    Brian Flynn v. Strong Capital Management, Inc., et al.
    WIE    2  03-1073    Ori Ashman v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1074    Michael J. Hossack v. Strong Advisor Common Stock Fund, et al.
    WIE    2  03-1075    Charles Hutton v. Strong Capital Management, Inc., et al.
    ~~WIE    2  03-1407~~    ~~James L. DaPore v. Strong Financial Corp., et al.~~ Opposed 3/19/04

WISCONSIN WESTERN
    WIW    3  03-524    Donald Schneider v. Strong Financial Corp., et al.
    WIW    2  03-1426    Donald Schneider v. Strong Financial Corp., et al.

# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon
Clerk

4415 U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
(410) 962-2600

March 24, 2004

U.S. District Court for the
District of Massachusetts
United States Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210-3002

MDL 1586
In re: Mutual Funds Investment Litigation
Your civil no. 1:03-12441-RWZ
Our civil no. 1:04-842
Marks v Putnam LLC

Dear Clerk:

I am enclosing a certified copy of the Transfer Order from the Judicial Panel on Multi-District Litigation filed on March 22, 2004, in this Court transferring the above entitled case to the District of Maryland.

*Pursuant to footnote 8 of the Panel's order partially suspending Rule 1.6(a) for this litigation, please forward only the docket sheet for each transferred action.*

Sincerely,

Felicia C. Cannon, Clerk

By: *Claudia Gibson*
Deputy Clerk

cc:  Judge J. Frederick Motz
     Judicial Panel on Multi-District Litigation